1

NICHOLAS M. WAJDA

2

nick@wajdalawgroup.com
Law Offices of Nicholas M. Wajda, Esq.

3

871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052

4

Telephone: (707) 900-6339
Facisimile: (866) 286-8433

5

Attorney for Plaintiff

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

9

TULLULAH CAPLE,

Case No. 2:20-cv-02085-RFB-EJY

10

Plaintiff,

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**

11

v.

12

13

WEBSTER MONROE & ASSOCIATES, LLC,

14

Defendant.

15

16

**To the Clerk of the U.S. District Court for the District of Nevada**

17

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, TULLULAH CAPLE,

18

requests that the Clerk of this Honorable Court enter the default of WEBSTER MONROE &

19

ASSOCIATES, LLC, for failure to plead or otherwise defend as provided by the Federal Rules of

20

Civil Procedure as appears from the affidavit of Nicholas M. Wajda, Esq. attached hereto.

21

22

/s/ Nicholas M. Wajda
Nicholas M. Wajda

23

Law Offices of Nicholas M. Wajda, Esp.

24

871 Coronado Center Drive, Suite 200

25

Henderson, Nevada 89052
Telephone: (707) 900-6339

26

Facisimile: (866) 286-8433
Attorney for Plaintiff

27

28

1

1

**CERTIFICATE OF SERVICE**

2

3

The undersigned, one of the attorneys for Plaintiff, certifies that on January 20, 2021, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Certified mail, postage prepaid and email to:

4

Webster Monroe & Associates
7510 Porter Road, Suite 1
Niagara Falls, NY 14304

5

6

Respectfully submitted,

7

s/ Nicholas M. Wajda

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2