AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Tullulah Caple

          Plaintiff,

v.

Webster Monroe & Associates, LLC

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-02085-RFB-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in Plaintiff's favor with damages as follows: a.) statutory damages - $1,000 and b.) attorney fees - $3,325. Costs are to be awarded in the amount of $713.65. The Court finds that these damages and costs are supported by the record in this case.

3/31/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk